BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANTHONY M. HERRERA** | CASE NO. 2:10-CV-01317-GGH |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MEMORANDUM IN SUPPORT OF SUMMARY JUDGMENT** |
| v. | |
| **MICHAEL J. ASTRUE** **Commissioner of Social Security** **of the United States of America,** | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from January 21, 2011, to February 25, 2011. This extension is required due to Plaintiff's counsel's impacted briefing schedule.

/ / / /

/ / / /

/ / / /

1

1

2   Dated: January 21, 2011                */s/Bess M. Brewer*
                                           <u>BESS M. BREWER</u>
3                                          Attorney at Law

4                                          Attorney for Plaintiff

5

6
    Dated: January 21, 2011                Benjamin G. Wagner
7
                                           United States Attorney
8
                                           <u>/s/ *Elizabeth Firer*</u>
9                                          ELIZABETH FIRER

10

11                                         Special Assistant U.S. Attorney
                                           Attorneys for Defendant
12

13                           **ORDER**

14  APPROVED AND SO ORDERED.

15  DATED: January 24, 2011       /s/ Gregory G. Hollows
                                  _____
16                                GREGORY G. HOLLOWS
                                  U.S. MAGISTRATE JUDGE
17
    herrera.eot2
18

19

20

21

22

23

24

25

26

27

28

2