1  BENJAMIN B. WAGNER
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH FIRER
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone:  (415) 977-8937
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Firer@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ANTHONY HERRERA, ) | CIVIL NO. 2:10-CV-01317 GGH |
|     Plaintiff, ) | |
|        v. ) | STIPULATION AND ORDER |
| MICHAEL J. ASTRUE, ) Commissioner of ) Social Security, ) | |
|     Defendant. ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a FIRST extension of time of 30 days, up to and including May 4, 2011, to respond to Plaintiff's motion for summary judgment. This request is being made because counsel for the Commissioner has been and will be out of the office from March 18 through April 5, 2001 on medical leave related to two orthopedic surgeries. Counsel was unable to complete the Commissioner's brief prior to her absence given the number of other district and appellate briefs she had to complete prior to her medical procedures.

///

///

///

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                            Respectfully submitted,

Dated: April 4, 2011                   /s/ *Bess Brewer*
                                           (As authorized via email)
                                           BESS BREWER
                                           Attorney for Plaintiff

Dated: April 4, 2011                   BENJAMIN B. WAGNER
                                           United States Attorney
                                           LUCILLE GONZALES MEIS
                                           Regional Chief Counsel, Region IX
                                           Social Security Administration

                                           /s/ *Elizabeth Firer*
                                           ELIZABETH FIRER
                                           Special Assistant U.S. Attorney

                                           Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

DATED:  April 11, 2011                /s/ Gregory G. Hollows

                                           GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE

herrera1317.eot